UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUKADIEN MOULTRIE,<br><br>                    Plaintiff,<br><br>    -against-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS,<br><br>                    Defendant. | 21-CV-3938 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 13, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 13, 2021
          New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge